[No. 70897-0-I.   Division One.   August 4, 2014.]

*In the Matter of the Dependency of* M.J.Z.

CHRISTOPHER RUST, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals October 6, 2014. Substitute opinion filed. See 183 Wn. App. 1044.

[No. 70917-8-I.   Division One.   August 4, 2014.]

JACOB A. BECKWITH, *Respondent*, v. SEIL REVELS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-21035-5, Jim Rogers, J., entered June 21 and September 3, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71735-9-I.   Division One.   August 4, 2014.]

JOHNSON BROTHERS CONTRACTING, INC., *Appellant*, v. SIMPSON TACOMA KRAFT COMPANY, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-07302-9, Vicki L. Hogan, J., entered March 20, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Trickey, JJ.